USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROMAN KAINZ,

                Plaintiff,

-against-

BRUCE T. BERNSTEIN, RICHARD K. ABBE,
ANDREW R. HEYER, DONALD E. STOUT,
SALVATORE GIARDINA, JOHN ENGELMAN,
WILLIAM PHOENIX, ANDREW D. PERLMAN,
and XPRESSPA GROUP, INC. f/k/a Form
Holdings Corp.,

                Defendants.
-----------------------------------------------------------X

19 **CIVIL** 2499 (LLS)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated November 13, 2019, Defendants' motion for oral argument is denied. Plaintiff's cross-motion for a partial stay is denied. Defendants' motion to dismiss is granted, and judgment is entered dismissing the complaint.

**Dated:** New York, New York
          November 14, 2019

                                          **RUBY J. KRAJICK**
                                          **Clerk of Court**
                **BY:**
                                          **Deputy Clerk**