ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMAN KAINZ,

                        Plaintiff,

      vs.

BRUCE T. BERNSTEIN, et al.

                        Defendants.

Case No. 1:19-cv-02499 (LLS)

~~PROPOSED~~ ORDER
WITHDRAWAL OF COUNSEL

Upon the accompanying declaration of Jaime D. Sneider, dated February 14, 2020;

**IT IS HEREBY ORDERED** that Jaime D. Sneider hereby withdraws as counsel for Defendant Andrew D. Perlman and shall be removed from the Case Management/ Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Boies Schiller Flexner LLP will continue to represent Mr. Perlman in this proceeding.

Dated: Feb. 18, 2020      Louis L. Stanton
                                  United States District Judge

1