**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

US ~DNY
DOC MENT
ELECTRONIC\LL\ FILED
DOC #:_____
DATE F:LED: _3/27/20_

---

ROMAN KAINZ,

                                        Plaintiff,

        v.

BRUCE T. BERNSTEIN, RICHARD K. ABBE,
ANDREW D. PERLMAN, SALVATORE
GIARDINA, ANDREW R. HEYER, DONALD E.
STOUT, JOHN ENGELMAN, WILLIAM
PHOENIX and XPRESSPA GROUP, INC.,

                                        Defendants.

Case No.: 1:19-cv-02499-LLS

~~PROPOSED~~ ORDER
WITHDRAWAL OF COUNSEL

*LLS*

Upon the accompanying declaration of Robin Henry, dated March 26, 2020; IT IS

HEREBY ORDERED that Robin Henry hereby withdraws as counsel for Defendant Andrew D.

Perlman and shall be removed from the Case Management/Electronic Case Files (CM/ECF)

notification list in the above-captioned matter. Boies Schiller Flexner LLP will continue to

represent Mr. Perlman in this proceeding.

Dated: __March 27__            ___Louis L. Stanton___
                                United States District Judge

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ROMAN KAINZ,

        Plaintiff,

   v.

BRUCE T. BERNSTEIN, RICHARD K. ABBE, ANDREW D. PERLMAN, SALVATORE GIARDINA, ANDREW R. HEYER, DONALD E. STOUT, JOHN ENGELMAN, WILLIAM PHOENIX and XPRESSPA GROUP, INC.,

        Defendants.

Case No.: 1:19-cv-02499-LLS

**DECLARATION OF ROBIN HENRY**

I, Robin Henry, declare as follows:

1. I am counsel for Andrew D. Perlman in the above-captioned matter. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I left the law firm Boies Schiller Flexner LLP on March 22, 2020.

2. Boies Schiller Flexner LLP will continue to represent Mr. Perlman in this matter.

3. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: March 26, 2020
   Armonk, NY

/s/ Robin Henry
Robin Henry
BOIES SCHILLER FLEXNER LLP
333 Main St.
Armonk, New York 10504
Tel: (914) 749-8200
Fax: (914) 749-8300
rhenry@bsfllp.com