ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROMAN KAINZ,

                          Plaintiff,                    19 Civ. 2499 (LLS)

    -against-                         ORDER

BRUCE T. BERNSTEIN, RICHARD K. ABBE,
ANDREW D. PERLMAN, SALVATORE
GIARDINA, ANDREW R. HEYER, DONALD E.
STOUT, JOHN ENGELMAN, WILLIAM
PHOENIX, and XPRESSPA GROUP, INC.,

                        Defendants.
-----------------------------------------------------------X

      Plaintiff's December 11, 2019 motion for reconsideration of this Court's November 13, 2019 order (Dkt. No. 57), vacating that order and the November 14, 2019 Judgment (Dkt. No. 58), denying defendants' motion to dismiss, and granting leave to plaintiff to file a proposed First Amended Complaint is denied.

      So Ordered.

Dated: New York, New York
       April 1, 2020

                                                  *Louis L. Stanton*
                                             LOUIS L. STANTON
                                                  U.S.D.J.